# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-1403

_____

RICARDO D. GALLOWAY,

    Petitioner,

v.

STATE OF FLORIDA,

    Respondent.

_____

Petition Alleging Ineffective Assistance of Appellate Counsel—Original Jurisdiction.

_____

May 11, 2018

PER CURIAM.

The petition alleging ineffective assistance of appellate counsel is denied on the merits.

WETHERELL, RAY, and OSTERHAUS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Ricardo D. Galloway, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.